**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEVARIO PENN,

           Plaintiff,

CASE NUMBER: 08-11288

HON. MARIANNE O. BATTANI

v.

DETROIT POLICE OFFICER IVAN BELEW a/k/a "Scooby", Badge 469, etal,

           Defendants.
_____/

### ORDER DENYING WITHOUT PREJUDICE MOTION FOR PRESUMPTION OF THE EVIDENCE DUE TO SPOILATION AND FOR SANCTIONS AGAINST DEFENDANT BELEW FOR PERJURED TESTIMONY

Pending before the Court is Plaintiff's Motion for Presumption of the Evidence Due to Spoilation and for Sanctions Against Defendant Belew for Perjured Testimony, filed on December 23, 2009. For reasons more fully stated on the record at a hearing held on February 1, 2010, the motion is DENIED without prejudice, however, the court will allow the redeposition of defendants.

IT IS SO ORDERED.

           s/Marianne O. Battani
           MARIANNE O. BATTANI
           UNITED STATES DISTRICT JUDGE

_____

### CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to all counsel of record on this date.

           s/Colette Motowski
           Secretary

February 1, 2010